# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0006. GOWERS v. FAYETTE COUNTY STATE COURT.**

Upon consideration of the Rule 40(b) "Emergency Petition for Intervention, Supersedeas, and for an Order Compelling the Lower Court to Transmit the Record" filed by Appellant Robin Denise Gowers in the above-styled case -- and it appearing that Appellant voluntarily withdrew and then resubmitted her fee waiver as recently as July 2026 and, also, that completion of 200 hours of community service within 8 months of sentencing was already part of her sentence -- Appellant's Rule 40(b) motion is hereby denied.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/05/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*